DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. VINSON

No. 205 PC.

Case below: 33 N.C. App. 638.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 23 August 1977.

STATE v. WILLIAMS

No. 187 PC.

Case below: 33 N.C. App. 397.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. YANCEY

No. 198 PC.

Case below: 33 N.C. App. 637.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

TRUST CO. v. MORGAN-SCHULTHEISS and POSTON v. MORGAN-SCHULTHEISS

No. 185 PC.

Case below: 33 N.C. App. 406.

Petition by defendants for discretionary review under G.S. 7A-31 denied 23 August 1977.

UTILITIES COMM. v. FARMERS CHEMICAL ASSOC.

No. 199 PC.

Case below: 33 N.C. App. 433.

Petition by Utilities Comm. for discretionary review under G.S. 7A-31 denied 23 August 1977 pursuant to Appellate Procedure Rule 15(h).